Matthew Kadushin
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
233 Broadway
5th Floor
New York, NY  10279
 (212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**FANNY "FEI FEI" GUNAWAN ,**

        **Plaintiff,**

                                     **No.  Civil Action No. 09-CV-5018**

**v.**

**SAKE SUSHI RESTAURANT, INC.**

        **Defendant.**
-------------------------------------------------------x


**<u>NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO</u>**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 55 (b)(2)</u>**


**PLEASE TAKE NOTICE** that, on a date and time to be determined by the Court, the

undersigned, attorneys for plaintiff Fanny "Fei Fei" Gunawan" shall move before the

Honorable James Orenstein, at the United States District Court, Eastern District of New

York, 225 Cadman Plaza East, Brooklyn, NY 11201, for a default judgment against

defendant Sake Sushi Restaurant, Inc. pursuant to Federal Rule of Civil Procedure 55

(b)(2).  In support of this motion, Plaintiff submits the annexed Affirmation of Matthew

Kadushin, sworn to on February 29, 2012, and the exhibits attached thereto, the affidavit

of Plaintiff, and the Memorandum of Law in Support of Plaintiff's Motion for Default

Judgment Pursuant to Federal Rule of Civil Procedure 55 (b)(2).


Dated: New York, New York
        February 29, 2012

Respectfully submitted,
JOSEPH, HERZFELD HESTER &
KIRSCHENBAUM LLP

By:  /s/ Matthew Kadushin
Matthew Kadushin
233 Broadway
5th Floor
New York, NY 10279
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorney for Plaintiff*