UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FANNY "FEI FEI" GUNAWAN,

        Plaintiff,

        v.

SAKE SUSHI RESTAURANT, Inc

        Defendant.

------------------------------------------------------------x

Civil Action No. 09-CV-5018(ALC)

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

    I, Fanny "Fei Fei" Gunawan, under oath, depose and state as follows:

    1.    I am a New York resident and the plaintiff in this matter.

    2.    I submit this affidavit based upon personal knowledge unless otherwise indicated.

    3.    I began working at Sake Sushi on May 10, 2006. I worked there as a waitress until I was terminated in June 2007.

    4.    During that period, I worked five full days per week and a half day on Saturdays. I had Mondays off.

    5.    I worked approximately 67 hours each week. On Sundays, I worked from 11:30 am until 11:00 pm. On Tuesdays, Wednesdays and Thursdays, I worked form 11:00 am until 11:00 pm. On Fridays, I worked from 11:00 am until 12:00 am. On Saturdays, I worked from 5:00 pm until 11:00 pm.

    6.    I never took a vacation. I never called in sick.

    7.    I did not get breaks. Although, most days I ate at the restaurant twice during my shifts, I was only allowed to eat if there were no customers to wait on, and I never took longer

than fifteen minutes to eat. Sometimes, I was allowed to leave the restaurant to buy something at the store next door –or take care of some minor personal business, but I never did this more than two or three times a month and usually only took a few minutes and never longer than a half hour.

8. Once a month, Sake Sushi gave me $500 in cash as wages. I received no other pay from Sake Sushi other than tips, which I received from customers.

9. Ms. Manwah Cheung never gave me the $500 monthly payment. I do not remember her ever even being present when I received that monthly payment.

10. Every night, Sake Sushi required me to give 10% of my tips to the chef. The chef never communicated with customers or provided direct customer service.

11. I earned about $150 per night in tips on weekdays (Tuesday, Wednesday and Thursday), between $180 and $190 in tips per night on weekends (Friday and Sunday), and about $130 per night on my half days on Saturday.

12. I estimate that I gave approximately $95 per week to the chef from my tips.

13. Sake Sushi never informed me about the FLSA's provisions regarding a tip credit, nor was such information posted anywhere in the restaurant. I did not learn about the FLSA provisions until I was terminated.

_____
Fanny Gunawan

Sworn to before me this
___ day of February 2012

_____
Notary Public

MICHAEL EZRA RUBIN
Notary Public - State of New York
NO. 01RU6235004
Qualified in New York County
My Commission Expires 1/31/15