# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Matthew D. Kadushin
Michael D. Palmer
Denise A. Schulman

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

May 23, 2012

*Via ECF*

Honorable James Orenstein
Magistrate Judge
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *Fanny "Fei Fei" Gunawan v. Sake Sushi Restaurant*
> *Civil Action No. 09 CV 5018 (ALC) (E.D.N.Y.)*

Honorable Judge Orenstein:

Please be advised that we represent Fanny "Fei Fei" Gunawan, Plaintiff in the above referenced matter.

Pursuant to this Court's Minutes Entry on May 17, 2012, I write to propose submitting a letter brief on June 21, 2012, which will present substantive arguments with respect to the allegation of Defendants' willfulness, Plaintiff's argument in favor of equitable tolling of the statute of limitations, and the allegation that Defendant was an "enterprise" within the meaning of the applicable statute.

Thank you for considering this request.

Dated: New York, New York
May 24, 2012

Respectfully submitted,
JOSEPH &
KIRSCHENBAUM LLP

By: _____
Matthew Kadushin
233 Broadway. 5th Floor

New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*